PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Traci Wahlrab**                                    Case Number: **1:00CR00022**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
                                         **United States Senior District Judge**

Date of Original Sentence: **December 20, 2001**

Original Offense: **Bank Fraud**

Original Sentence: **18 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **December 12, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution: The defendant was ordered to pay $48,870.27. To date, the defendant has paid $10,146.84 toward restitution. |

U.S. Probation Officer Action:
The defendant has 6 children, 3 of which reside in the parental home. The defendant is employed as a server at Mimi's restaurant earning approximately $1,600.00 per month. I have reviewed the defendant's monthly budget and she is paying as much as she can at this time. Therefore, in light of the above, it is respectfully recommended that the defendant's supervision be allowed to expire as scheduled on 12-11-07. The defendant has completed a financial statement of debtor form and she

PROB 12A
(12/98)

2

has executed a consent agreement, which is attached.

|                              |                              |
| ---------------------------- | ---------------------------- |
| Respectfully submitted,      | Approved,                    |
| by *[signature]*             | by *[signature]*             |
| Lorraine Cooper              | John Cole                    |
| U. S. Probation Officer      | Supervising U. S. Probation Officer |
| Date: **August 1, 2007**     | Date: **August 1, 2007**     |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/3/07
Date

Ⓐ *[handwritten note, largely illegible]* The Consent Judgment does not indicate when payments of monthly payment to be made. Please write and take care of this if necessary.

*[signature]*
8/3/07