PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Traci Wahlrab**  Case Number: **1:00CR00022**

Name of Sentencing Judicial Officer:    **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **December 20, 2001**

Original Offense: **Bank Fraud**

Original Sentence:  **18 month(s) prison,  60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **December 12, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | New Law Violation: |

On 7-17-06, the defendant was charged with Falsification, a class 1 Misdemeanor, in Warren County, Ohio. The complaint alleged that the defendant used the social security number of Kelly Anaya to obtain residency. She did not know Kelly, however Kelly's social security number is only a few numbers off of the defendant's. On 1-11-07, the charge was amended to Unauthorized Use of a Vehicle. She was sentenced to $150.00 fine, and 6 months non-reporting probation.

U.S. Probation Officer Action:

**Since the new conviction is a misdemeanor, I recommend that no action be taken.**

PROB 12A
(12/98)

2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]*<br>Lorraine Cooper<br>U. S. Probation Officer<br>Date: **October 17, 2007** | by | *[signature]*<br>John Cole<br>Supervising U. S. Probation Officer<br>Date: **October 17, 2007** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

10/24/07
Date